■ TYRONE L. MADISON, Respondent, v SPANCRETE MACHINE CORPORATION, Defendant and Third-Party Plaintiff-Respondent. OLD CASTLE PRE-CAST, INC., Formerly Known as SPANCRETE NORTHEAST, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [732 NYS2d 196] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Reargument.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.